United States District Court

Northern District of California

| | |
|---|---|
| STEVEN BONILLA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY BEARD, Director of California Department of Corrections and Rehabilitation,<br><br>    Defendant.<br>_____<br>STEVEN BONILLA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY BEARD, Director of the California Department of Corrections and Rehabilitation,<br><br>    Defendant. | Case Nos.: C 14-1990 CW (PR)<br>           C 14-2091 CW (PR)<br><br>JUDGMENT |

    Pursuant to the Court's Order of today's date dismissing the present actions, a judgment of DISMISSAL with prejudice is hereby entered.

    IT IS SO ORDERED.

Dated: 6/2/2014

                                      CLAUDIA WILKEN<br>
                                      UNITED STATES DISTRICT JUDGE